UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANDEEP SINGH,

            Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

            Respondent.

Case No. C20-0226-MJP-MAT

REPORT AND RECOMMENDATION

Petitioner, who is proceeding *pro se*, filed a proposed habeas corpus petition pursuant to 28 U.S.C. § 2241, but did not submit the filing fee or an application to proceed *in forma pauperis* ("IFP"). (Dkt. 1.) On February 13, 2020, the Clerk of Court mailed him a letter at his address of record, informing him of the deficiency and granting him until March 16, 2020, to pay the filing fee or submit an IFP application. (Dkt. 2.) On February 25, 2020, the Clerk's letter was returned to the Court as undeliverable. (Dkt. 4.) To date, petitioner has not provided the Court with an updated address, paid the filing fee, or submitted an IFP application.

Pursuant to Local Civil Rule 41(b), *pro se* parties are required to keep the Court and opposing parties advised of their current mailing address. Local Rules W.D. Wash. LCR 41(b). If mail sent to a *pro se* petitioner by the Clerk is returned as undeliverable, and if the petitioner

REPORT AND RECOMMENDATION - 1

fails to notify the Court and opposing parties of his or her current mailing address within 60 days of the mail being returned as undeliverable, the Court may dismiss the action without prejudice for failure to prosecute. *Id.* Here, more than 60 days have passed since the copy of the Clerk's letter was returned as undeliverable. Accordingly, the Court recommends that this action be DISMISSED without prejudice for failure to prosecute. *See* Local Rules W.D. Wash. LCR 41(b). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 12, 2020**.

Dated this 15th day of May, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2