UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANDEEP SINGH,

        Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

Case No. C20-0226-MJP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rules W.D. Wash. LCR 41(b); and

(3) The Clerk is directed to send copies of this Order to petitioner and Judge Theiler.

Dated this __17th__ day of __June__, 2020.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL - 1